UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY RAE SHA'NEE MALDONADO,<br><br>    Plaintiff,<br><br>    vs.<br><br>R. H. TRIMBLE, et al.,<br><br>    Defendants | 1:12-cv-01088-AWI-GSA-PC<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS OF FEBRUARY 5, 2015<br>(Doc. 18.)<br><br>ORDER EXTENDING TIME FOR PLAINTIFF TO FILE AMENDED COMPLAINT<br><br>THIRTY DAY DEADLINE TO FILE FIRST AMENDED COMPLAINT |

    Billy Rae Sha'nee Maldonado ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

    On February 5, 2015, the undersigned issued findings and recommendations to dismiss this action for Plaintiff's failure to obey the court's order of August 13, 2014, which required him to file an amended complaint. (Doc. 18.) On February 19, 2015, Plaintiff filed objections to the findings and recommendations. (Doc. 19.)

    In light of Plaintiff's objections, and good cause appearing, the court shall vacate the findings and recommendations and grant Plaintiff thirty days in which to file the amended complaint.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations of February 5, 2015, are VACATED;
2. Plaintiff is granted thirty days from the date of service of this order in which to file a First Amended Complaint, pursuant to the court's order of August 13, 2014; and
3. Plaintiff's failure to comply with this order may result in the dismissal of this action.

IT IS SO ORDERED.

Dated:  **March 19, 2015**              /s/ Gary S. Austin
                                       UNITED STATES MAGISTRATE JUDGE